USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID LEVY,

    Plaintiff,

v.

SENIOR HEALTH INSURANCE COMPANY
OF PENNSYLVANIA,

    Defendant.

Case No. 1:19-cv-03211-JSR

[PROPOSED] ORDER

In August 2019, this Court approved Senior Health Insurance Company of Pennsylvania's ("SHIP") deposit of $765,360 in the Court's Registry as security for SHIP's appeal to the U.S. Court of Appeals for the Second Circuit. ECF 66. SHIP has voluntarily dismissed its appeal. *See* No. 19-2453 (2d Cir.). SHIP now requests return of the $765,360 deposit, including any interest accrued, and Plaintiff does not oppose this request. The Court approves SHIP's request. In accordance with 28 U.S.C. § 2042, the Court **ORDERS** the Clerk of Court to return to SHIP the initial deposit of $765,360, plus any interest that has accrued, less any administrative fees incurred.

SO ORDERED.

Dated: New York, NY
       February 19, 2020

_____
Jed S. Rakoff, U.S.D.J.